■ WILLETTE HARRIS, Plaintiff, v EILEEN JACKSON et al., Defendants. In the Matter of CELLINO & BARNES, P.C., Respondent, v CHARLES L. DAVIS, Appellant. [873 NYS2d 230]—Appeal from an order of the Supreme Court, Erie County (Penny M. Wolfgang, J.), entered March 3, 2008. The order granted attorneys' fees to petitioner.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Centra, Peradotto and Gorski, JJ.

■ In the Matter of DANIEL JONES, Appellant, v CITY OF BUFFALO, Respondent. [873 NYS2d 229]—Appeal from a judgment of the Supreme Court, Erie County (M. William Boller, A.J.), entered August 10, 2007 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Centra, Peradotto and Gorski, JJ.

■ In the Matter of STEPHEN GAGNE, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [873 NYS2d 230]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered July 17, 2008) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated an inmate rule.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Martoche, J.P., Fahey, Green and Pine, JJ.